# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>　　　Essie Reeves<br><br><br>　　　　　　Debtor(s) | Case No. 17 B 01722 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　　1)　The case was filed on 01/20/2017.

　　　2)　The plan was confirmed on 04/26/2017.

　　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/26/2017.

　　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 04/25/2018.

　　　5)　The case was Converted on 07/10/2018.

　　　6)　Number of months from filing to last payment: 17.

　　　7)　Number of months case was pending: 20.

　　　8)　Total value of assets abandoned by court order:  NA .

　　　9)　Total value of assets exempted:  NA .

　　　10) Amount of unsecured claims discharged without payment: $0.00.

　　　11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,736.06 |
| Less amount refunded to debtor | $211.06 |
| **NET RECEIPTS:** | **$6,525.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,103.06 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $283.63 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,386.69** |

Attorney fees paid and disclosed by debtor:     $350.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADT Security Services Inc | Unsecured | 900.00 | 892.05 | 892.05 | 0.00 | 0.00 |
| ALLTRAN EDUCATION INC | Unsecured | 5,200.00 | NA | NA | 0.00 | 0.00 |
| Ally Financial | Unsecured | 6,259.00 | 6,258.84 | 6,258.84 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 1,200.00 | 135.47 | 135.47 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 0.00 | 1,445.63 | 1,445.63 | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 3,300.00 | 3,362.15 | 3,362.15 | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 21,757.00 | 21,353.56 | 21,353.56 | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 18,049.00 | 14,350.00 | 14,072.00 | 3,367.42 | 770.89 |
| Capital One Auto Finance | Unsecured | NA | 3,977.30 | 3,977.30 | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 1,000.00 | 1,771.92 | 1,771.92 | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Exeter Finance Corporation | Secured | 13,044.00 | 12,801.44 | 12,801.44 | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | 1,355.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | 0.00 | 1,355.35 | 1,355.35 | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Human Services | Unsecured | 450.00 | 449.00 | 449.00 | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 0.00 | 37,818.72 | 37,818.72 | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 4,832.27 | 0.00 | 0.00 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MB Financial | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 350.00 | 351.63 | 351.63 | 0.00 | 0.00 |
| PLS Financial | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| PNC Bank | Unsecured | 605.00 | NA | NA | 0.00 | 0.00 |
| Prog Finance LLC | Unsecured | 1,600.00 | 2,240.67 | 2,240.67 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 206.00 | 206.03 | 206.03 | 0.00 | 0.00 |
| Social Security Administration | Unsecured | 26,000.00 | 26,371.60 | 26,371.60 | 0.00 | 0.00 |
| Speedy Cash | Unsecured | 350.00 | 342.47 | 342.47 | 0.00 | 0.00 |
| Sprint | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Texas Guaranteed Student Loan | Unsecured | 0.00 | 7,396.24 | 7,396.24 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| UIC Hospital | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 63,087.00 | 42,029.78 | 42,029.78 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 45,200.00 | 21,246.45 | 21,246.45 | 0.00 | 0.00 |
| Verizon wireless | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Victoria's Secret | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| Village of North Riverside | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village of Tinley Park | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $48,227.00 | $3,367.42 | $770.89 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$48,227.00** | **$3,367.42** | **$770.89** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$157,651.30** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,386.69 |
| Disbursements to Creditors | $4,138.31 |
| **TOTAL DISBURSEMENTS** : | **$6,525.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/17/2018            By: /s/ Marilyn O. Marshall
                                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**